UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
F I L E D
JUN 1 8 2015
David J. Bradley
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL CASE NO. |
| | § | C-15-526 |
| MARIA DE LA LUZ MEDINA | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 20, 2015, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MARIA DE LA LUZ MEDINA,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, that is, approximately eleven and ninety-three hundredths (11.93) kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT TWO

On or about May 20, 2015, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MARIA DE LA LUZ MEDINA,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than (500) grams of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately nine hundred and one (901) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: *[signature]*
CHAD W. COWAN
Assistant United States Attorney